# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2981

_____

|  |  |  |
|---|---|---|
| Kevin M. Fitzgerald, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| United Parcel Service, an Ohio | * | |
| corporation; Todd Markuson, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: May 12, 1999
Filed: May 20, 1999

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Kevin M. Fitzgerald appeals the district court's adverse grant of summary judgment in Fitzgerald's employment-based retaliation case brought under Title VII and the Minnesota Human Rights Act. In rejecting Fitzgerald's claims, the district court concluded that Fitzgerald was not a member of a protected class, that he was not constructively discharged, and that he failed to establish retaliation. Having reviewed the record and the materials submitted by the parties, we see no error by the district court. We also conclude that an extended discussion is unnecessary in this fact-

intensive case. We believe the district court is correct and we affirm on the basis of the district court's memorandum opinion and order. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.